■ ELIZABETH M. HARDIE, Individually, and as Administratrix of the Estate of ELMER G. HARDIE, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 54684.) (Appeal No. 2.)—Order unanimously modified in accordance with memorandum and, as modified, affirmed, without costs. Memorandum: The decision in *Jones v State of New York* (58 AD2d 736) is determinative of the issues on this appeal. (Appeal from order of Court of Claims—discovery.) Present—Moule, J. P., Simons, Dillon and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT D. PREMO, Appellant.—Judgment unanimously reversed, on the law, to the extent of vacating the sentence and matter remitted to Wayne County Court for resentencing in accordance with the following memorandum: We find no merit to defendant's allegations of error with respect to the Judge's failure to disqualify himself or with respect to the alleged denial of effective assistance of counsel at the time of defendant's predicate felony conviction. While the second felony offender sentence imposed upon defendant does not appear to be excessive in light of the record presently before us, we do find that at the time of the imposition of that sentence, the court did not advise defendant of his right to make a statement as required by CPL 380.50. Accordingly, as the District Attorney conceded with commendable candor in his brief, defendant must be remanded for resentencing as a second felony offender *(People v Wade,* 49 AD2d 770; see, also, *People v McClain,* 35 NY2d 483). (Appeal from judgment of Wayne County Court—burglary, third degree, etc.) Present—Moule, J. P., Dillon, Goldman and Witmer, JJ.